E-FILED
Thursday, 03 February, 2005  04:15:50 PM
Clerk, U.S. District Court, ILCD



FILED
FEB - 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 05-20005 |
| | ) Violations: 18 U.S.C. § 922(g)(1), |
| v. | ) 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) |
| JOHN LEE, | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

In or about late 2002 and early 2003, in the Central District of Illinois, the defendant,

**JOHN LEE,**

after previously being convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, which had previously been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT 2

On or about September 20, 2003, in the Central District of Illinois, the defendant,

JOHN LEE,

knowingly and intentionally distributed cocaine base (crack), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL,

s/Foreperson
FOREPERSON

s/Greg Harris
JAN PAUL MILLER
UNITED STATES ATTORNEY/TB