E-FILED
Monday, 07 February, 2005 11:32:26 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>Plaintiff ) | |
| ) | CASE NO. **05-20005** |
| **JOHN LEE** )<br>Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 P.M.** on **APRIL 7, 2005,** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **APRIL 18, 2005**, before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 7th day of February, 2005.

s/ Harold A. Baker
_____
HAROLD A. BAKER
SENIOR U.S. DISTRICT JUDGE

05-20005schedo.wpd