UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

    Vs.        No. 05-20005

JOHN LEE,

    Defendant.

### ORDER OF DETENTION

    This matter is before the court for consideration of release or detention of the defendant pending trial. The United States appears through Eugene Davis, AUSA. The defendant appears personally accompanied by his attorney, Joseph Chamley.

    The provisions of Section 3142 are very clear. They require the court to detain the defendant pending trial unless he can persuade the court he is not a flight risk or a danger to the community. The argument that he should be released because he has served his time is not availing because at the sentencing hearing I have no idea what the court may do with the time regarding a sentence for him.

    The defendant is ordered detained pending further disposition of the case. Defendant is remanded to the custody of the U. S. Marshal Service.

    ENTER this 9th day of February, 2005.

    S/ Harold A. Baker

**HAROLD A. BAKER**

**U.S. DISTRICT JUDGE**