# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>JOHN LEE<br>Kankakee, IL<br><br>Defendant | ) ) ) ) ) ) ) ) ) | **WARRANT FOR ARREST**<br><br>**SEALED**<br><br>CASE NO. 05-20005<br><br>**FILED**<br>FEB 11 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest John Lee, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section(s) 922(g)(1) and Possession w/intent to distribute cocaine base (crack) in violation of Title 21 USC § 841(a)(1) and 841(b)(1)(C).

DAVID G. BERNTHAL                     U.S. MAGISTRATE JUDGE
Name of Issuing Officer               Title of Issuing Officer

s/ David G. Bernthal                  2/3/05
Signature of Issuing Officer          Date and Location

US MARSHALS SERVICE
CENTRAL ILLINOIS
RECEIVED
2005 FEB -7 P 3:48

**Bail fixed at NONE. To be determined at initial appearance.**

---

**RETURN**    Kankakee, IL
This warrant was received and executed with the arrest of the above named defendant at _Kankakee, IL_

| Date Received 2-7-05 | Name of Arresting Officer Lt. Kane | Signature of Arresting Officer |
| Date of Arrest 2-7-05 | Title of Arresting Officer Kankakee Police | [signature] |