UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  | ) | |
|            Plaintiff | ) | |
| vs. | ) | Case No. 05-20005 |
| | ) | |
| JOHN LEE, | ) | |
|            Defendant. | ) | |

MOTION TO RECONSIDER ORDER OF DETENTION

NOW COMES JOSEPH P. CHAMLEY, of Evans, Froehlich, Beth & Chamley, Champaign, Illinois, and in support of his Motion To Reconsider Order of Detention, states:

1. That on February 9, 2005, this Court entered an Order of Detention.

2. That there is new information that was not before the Court on February 9, 2005, summarized as follows:

   a.) Defendant previously cooperated with the United States in a significant way that helped the United States investigate and prosecute some very serious crimes.

   b.) Defendant has offered to continue cooperating with the United States to investigate other crimes. The United States has indicated that it would like Defendant's further cooperation.

   c.) Defendant did have a job prior to detention on this matter. Defendant verily believes that he can re-gain that job, or a similar job (through a temp agency) upon release.

   d.) If released, Defendant would live with his wife and four children. They live in Rantoul, Illinois. That is significant because the criminal element previously associated with was in Kankakee, Illinois. Thus, Defendant is removing himself from bad influences. Although his wife has been given a

notice of eviction, she has secured another home for herself, her children and Defendant, if he is released. His wife is willing to assure this Court of his attendance in Court.

3. That the undersigned has talked with Tim Bass, AUSA, and Mr. Bass has indicated his general agreement with the above and that the United States would not object to release.

WHEREFORE, JOHN LEE prays that this Court reconsider the Order of Detention and Release him on Bond.

Respectfully Submitted,

JOHN LEE

BY: __/s/ Joseph P. Chamley_____
     JOSEPH P. CHAMLEY

Prepared by:
JOSEPH P. CHAMLEY
EVANS, FROEHLICH, BETH & CHAMLEY
44 Main Street, Suite 310
Champaign, IL  61820
Tele:  217/359-6494