E-FILED
Thursday, 02 June, 2005 01:34:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-20005 |
| ) | |
| ) | |
| JOHN LEE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PRIOR CONVICTIONS

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, hereby gives notice, pursuant to Title 21, United States Code, Section 851(a)(1), of the following prior convictions of the defendant which may qualify as a basis for a sentencing enhancement:

1. State of Illinois v. John Lee, No. 94-CF-2972, Will County; possession of a controlled substance. Date of conviction: 5/1/95.

      2.  <u>State of Illinois v. John Lee</u>, No. 96-CF-738, Kankakee County; possession/distribution of a controlled substance.  Date of conviction: 1/10/97.

         Respectfully submitted,

         JAN PAUL MILLER
         UNITED STATES ATTORNEY

BY:    <u>s/Timothy A. Bass</u>          
        TIMOTHY A. BASS, Bar No. MO 45344
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of June 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>Joseph P. Chamley
>Attorney at Law
>P.O. Box 737
>Champaign, IL 61820

>s/Timothy A. Bass
>TIMOTHY A. BASS, Bar No. MO 45344
>Attorney for Plaintiff
>United States Attorney
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Phone:  217/373-5875
>Fax: 217/373-5891
>tim.bass@usdoj.gov