**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA/DANVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  <br>                                                     )  <br>                        Plaintiff,    )  <br>                                                     )  <br>            v.                              )      No.  05-20005 <br>                                                     )  <br> JOHN LEE,                            )  <br>                                                     )  <br>                        Defendant.  )   | |

### ORDER APPROVING MAGISTRATE RECOMMENDATION

On June 3, 2005, a report and recommendation was filed by United States Magistrate Judge David G. Bernthal in the above cause. More than ten (10) days have elapsed since the filing of the recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1).

This court therefore approves the recommendation of the Magistrate Judge. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the defendant's plea of guilty is accepted by this court and the defendant is adjudged guilty. This court orders that a pre-sentence investigation report is to be prepared. A sentencing hearing has been set for October 6, 2005, at 1:30 p.m., before the undersigned.

ENTERED this 20th day of June, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE