**AO 245B**  (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |
|---|---|---|

UNITED STATES OF AMERICA
**V.**

JOHN LEE

## JUDGMENT IN A CRIMINAL CASE

Case Number: 05-20005-001

USM Number: 14289-026

Joseph P. Chamley
Defendant's Attorney

**FILED**

OCT 2 0 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   1 and 2

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

FILED
DEC 23 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §922(g)(1) | Possession of Firearm by Felon | 9/20/2003 | 1 |
| 21 U.S.C. §841(a)(1) and 841(b)(1)(C) | Distribution of Cocaine Base | 9/20/2003 | 2 |

The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/17/2005
Date of Imposition of Judgment

s/ Michael P. McCuskey
Signature of Judge

MICHAEL P. MCCUSKEY          CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

Date   10/19/05

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY: s/ K. Marsh
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE: 10-20-05

RECEIVED
2005 OCT 21 P 2:53
US MARSHALS SERVICE
CENTRAL ILLINOIS

AO 245B     (Rev. 12/03) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: JOHN LEE
CASE NUMBER: 05-20005-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

63 months on counts 1 and 2.  Said term shall consist of 63 months on each of Counts 1 and 2 to be served concurrently.

☑  The court makes the following recommendations to the Bureau of Prisons:

Due to extensive family ties, the Court recommends to the Bureau of Prisons that the defendant be housed in the Midwest for visitation.

The Court finds the defendant is an addict, and therefore, recommends to the BOP that the defendant receive intensive and comprehensive drug and alcohol rehabilitation while in the Bureau of Prisons.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____ ☐ a.m.  ☐ p.m.  on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ___12/9/05___ to ___FMC Lexington___

at _Lexington, Ky_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL