UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Lee,　　　　　　　　　　　　)
　　　Petitioner　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)  Case No. 05-20005-01
　　　v.　　　　　　　　　　　　　)  ~~05-2005-001~~
　　　　　　　　　　　　　　　　　)
United States of America,　　　　)
　　　Respondent　　　　　　　　　)
　　　　　　　　　　　　　　　　　)

MOTION TO MODIFY SENTENCE PURSUANT TO
18 U.S.C. 3582(c)(2)

Comes now, the Petitioner John Lee pro se and moves this Honorable Court for an order to modify Petitioner's sentence under Amendment 706 of the United States Sentencing Guidelines and pursuant to 18 U.S.C. § 3582(c)(2). In support of said request, Petitioner states as follows:

Pursuant to 18 U.S.C. § 3582(c)(2), District Courts may modify a term of imprisonment, in the case of a defendant who has been sentenced to a term of imprisonemnt based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the Court may reduce the term of imprisonment after considering factors set forth in Section 3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission. UNITED STATES V. FORTY-ESTREMERA, 498 F.Supp.2d 468 (2007).

## CONCLUSION

Wherefore, for all the reasons stated above, Petitioner respectfully prays this Honorable Court to grant this motion and enter an order modifying Petitioner sentences in light of the Sentencing Commission's recent amendments. Petitioner further seeks any and all other relief to which he is entitled.

Respectfully Submitted,

*John Lee #14289-026*
John Lee, pro se
Reg.No. 14289-026
Federal Medical Center Lexington
P.O. BOX 14500
Lexington, KY 40512-4500

2

## CERTIFICATE OF SERVICE

The undersigned certifies that he sent the original and two copies of the attached motion to modify sentence pursuant to 18 U.S.C. § 3582(c)(2) to the Clerk of Court by first class U.S. Mail postage prepaid and addressed to:

Clerk of Court
U.S. District Court
Central District of Illinois
201 South Vine Street
Urbana, Illinois 61802-3348

by depositing them in the prison mailbox at FMC Lexington on this 22 day of February 2008.

Respectfully Submitted,

John Lee #14289-026
John Lee pro se