E-FILED
Friday, 07 March, 2008   03:40:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff.<br><br>v.<br><br>JOHN LEE,<br><br>      Defendant. | No. 05CR20005<br>Hon. Michael P. McCuskey, Chief<br>United States District Judge,<br>Presiding |

**AMENDED MOTION TO REDUCE SENTENCE**

   NOW COMES the Defendant, JOHN LEE, by his court-appointed undersigned attorneys, Richard H. Parsons, Federal Public Defender for the Central District of Illinois and Jonathan E. Hawley, First Assistant Federal Public Defender, moving this Honorable Court pursuant to 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment, and in support thereof states the following:

   1.   The Defendant pleaded guilty to one count possession of a firearm by a felon in violation of 18 U.S.C. § 922(g) (Count 1) and one count of distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1).

   2.   No count carried a statutory mandatory minimum penalty.

   3.   At sentencing, the defendant was held accountable for 3.8 grams of crack cocaine. This amount resulted in a Base Offense Level of 22 for the drug count (Count 2). A 2-level upward adjustment for his role in the offense resulted in an Adjusted Offense Level for Count 2 of 24. The 922(g) count carried a Base Offense Level of 20 and no other adjustments were made

thereto. Applying the Multiple Count Adjustment set forth at U.S.S.G. § 3D1.4, each count of conviction received one unit, for a total of 2 units. Accordingly, 2 levels were added to the greater adjusted offense level, which in this case was the 24 levels carried by the drug count. Therefore, the Combined Adjusted Offense Level for the two counts was 26.

      4.      With a 3-level downward adjustment for acceptance of responsibility, the Defendant's Total Offense Level was 23.

      5.      At sentencing, this court found the Defendant's Criminal History Category to be V, resulting in a guideline range of 84 to 105 months.

      6.      This court departed 25% from the bottom of the guideline range for the reasons stated in the Statement of Reasons, and imposed a sentence of 63 months on both counts, concurrently.

      7.      Under Amendment #706 to the United States Sentencing Guidelines as made retroactive by Amendment #711, the Defendant's guideline range is now determined as follows: First, the Defendant's Base Offense Level for the drug count is now 20. A 2-level upward adjustment for his role in the offense results in an Adjusted Offense Level for Count 2 of 22. The 922(g) count carried a Base Offense Level of 20 and no other adjustments are made thereto. Applying the Multiple Count Adjustment set forth at U.S.S.G. § 3D1.4, each count of conviction still receives one unit, for a total of 2 units. Accordingly, 2 levels are added to the greater adjusted offense level, which in this case is the 22 levels carried by the drug count. Therefore, the Combined Adjusted Offense Level for the two counts is 24. With the same 3-levels off for acceptance of responsibility, the Defendant's Total Offense Level is now 21. With the same Criminal History Category of V, the Defendant's new guideline rang is 70 to 87 months.

      8.      Applying the same 25% departure from the bottom of the new guideline range

results in a **52 month sentence**.

9. The Defendant's current release date as calculated by the Bureau of Prisons is April 21, 2010.

10. Undersigned counsel is aware of no institutional adjustment or public safety factors which would warrant denial of this motion.

11. The United States Attorney's Office and the United States Probation Office have no objection to this motion.

WHEREFORE, the Defendant, JOHN LEE, respectfully requests that this Honorable Court GRANT the Defendant's motion to reduce sentence and enter an Amended Judgment and Conviction sentencing the defendant to **52 months imprisonment on Counts 1 & 2, concurrently**.

> JOHN LEE, Defendant
>
> RICHARD H. PARSONS
> Federal Public Defender
>
> BY:   s/ Jonathan E. Hawley
> _____
> JONATHAN E. HAWLEY
> Attorney for Defendant
> First Assistant FPD
> ARDC Reg. No. 6243088
> 401 Main Street, Suite 1500
> Peoria, Illinois 61602
> Phone: 309/671-7891
> Fax: (309) 671-7898
> E-mail: jonathan_hawley@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Assistant United States Attorney Timothy Bass.

          s/ Jonathan E. Hawley
          _____
          JONATHAN E. HAWLEY
          Attorney for Defendant
          First Assistant FPD
          ARDC Reg. No. 6243088
          401 Main Street, Suite 1500
          Peoria, Illinois 61602
          Phone: 309/671-7891
          Fax: (309) 671-7898
          E-mail: jonathan_hawley@fd.org