≈AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOHN LEE | ) Case No: 05-20005-01 |
|  | ) USM No: 14289-026 |
| Date of Previous Judgment: 10/20/2005 | ) Jonathan Hawley |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

FILED
MAR 2 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __63__ months **is reduced to** __52 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   23            Amended Offense Level:   21
Criminal History Category:   V          Criminal History Category:   V
Previous Guideline Range:  84 to 105 months   Amended Guideline Range:  70 to 87 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS
Sentence reduced to 52 months on Counts 1 & 2, concurrently.

This order is subject to the prohibition contained within USSG § 1B1.0(b)(2)(C).

Except as provided above, all provisions of the judgment dated __10/20/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3/24/08

Judge's signature

Effective Date: _____
(if different from order date)

Michael P. McCuskey    Chief U.S. District Judge
Printed name and title